UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ERIC HERRON,

        Plaintiff,                      Case No. 1:24-cv-448

v.                                          Honorable Paul L. Maloney

UNKNOWN FOUNTAIN et al.,

        Defendants.
_____/

## ORDER FOR SERVICE

      This is a prisoner civil rights action. Plaintiff has paid the filing fee and counsel has appeared on his behalf. The Court has conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c), to determine whether it is frivolous, malicious, fails to state a claim upon which relief can be granted or seeks monetary relief against a defendant that is immune from such relief. Upon initial review, the Court concludes that the complaint is not, at this time, subject to dismissal for any of the reasons listed above. Therefore:

      **IT IS ORDERED** that the Clerk shall issue a summons for each Defendant and send the summonses to Plaintiff's counsel for service.

      **IT IS FURTHER ORDERED** that each Defendant shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the waiver of service was sent. Until so ordered by the Court, no Defendant is required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1). After a Defendant

has filed an appearance, proceedings in this case will be governed by the Court's Standard Case Management Order in a Prisoner Civil Rights Case.

Dated: June 20, 2024         /s/ Ray Kent
                             Ray Kent
                             United States Magistrate Judge

2